UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ronald Hampton, Jr.,

    Petitioner,

        v.                      Case No. 1:17cv369

Francisco Quintana, Warden, *et al.*,        Judge Michael R. Barrett

    Respondents.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 8, 2018 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 19) of the Magistrate Judge is hereby **ADOPTED.** Because the Petitioner has received all relief requested, the Petition (Doc. 1) is moot and is dismissed consistent with the recommendation by the Magistrate Judge.

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

    **IT IS SO ORDERED.**

                                        *s/Michael R. Barrett*
                                        Michael R. Barrett
                                        United States District Judge